UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA                        :

       - v. -                                  :                    ORDER

EDWARD RODRIGUEZ,                               :                    19 Cr. 817 (LAK)

            Defendant.          :

                                         :

------------------------------------------------------------ X

       WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on March 12, 2020;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated: ___4/3/2020___
     New York, New York

                                         _____
                                      HONORABLE LEWIS A. KAPLAN
                                        UNITED STATES DISTRICT JUDGE